AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

CINDY PLUMLEY,
*Plaintiff*
v.
KAREN HALSTED, NICOLE GARRETT, SUZANNAH HERRING, and DOES 1-30,
*Defendant*

Case No. 2:26-cv-06651-GAM

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Karen Halsted, Nicole Garrett, and Suzannah Herring .

Date: 10/23/2026

s/ William J. Delany
*Attorney's signature*

William J. Delany, Bar No. 74864
*Printed name and bar number*

Groom Law Group, Chtd.
1701 Pennsylvania Ave NW, Suite 1200
Washington, D.C. 20006
*Address*

WDelany@groom.com
*E-mail address*

(202) 861-6643
*Telephone number*

(202) 659-4503
*FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2026, I caused the attached document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

*s/ William J. Delany*
William J. Delany, PA Bar No. 74864