**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

CINDY PLUMLEY, Individually and as Representative of a Class of Participants and Beneficiaries on Behalf of the Genesis Healthcare Health and Welfare Plan

Plaintiff,

v.

KAREN HALSTED, NICOLE GARRETT, SUZANNAH HERRING, and DOES 1-30,

Defendants.

**Case No. 2:26-CV-06651-GAM**

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Defendants Nicole Garrett, Karen Halsted, and Suzannah Herring state that they are individuals and not a non-governmental corporation. Accordingly, there is no parent corporation, and no publicly held corporation owns 10% or more of any stock in Defendants.

Dated: October 23, 2026

Respectfully submitted,

*s/ William J. Delany*
William J. Delany, PA Bar No. 74864
Brooke V. Ingoglia (*pro hac vice* forthcoming)
Groom Law Group, Chartered
1701 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel: (202) 861-6643
Fax: (202) 659-4503
wdelany@groom.com
bingoglia@groom.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2026, I caused the attached document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

*s/ William J. Delany*
William J. Delany, PA Bar No. 74864