IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number 2:26-cv-06651

***MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)***

I, MOVANT'S STATEMENT

I, Brooke V. Ingoglia the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent Individual Defendants. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. *I state that I am currently admitted to practice in the following state jurisdiction(s):*

| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| Georgia | 1/8/2021 | 808118 |
| Texas | 10/4/2023 | 24136909 |
| Illinois | 5/6/2025 | 6351089 |

B. *I state that I am currently admitted to practice in the following federal jurisdiction(s):*

| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| N.D. Ga. | 2/11/2021 | 808118 |
| M.D. Ga. | 2/9/2021 | 808118 |
| N.D. Tex. | 11/7/2023 | 24136909 |

**(SEE ATTACHED ADDENDUM FOR ADDITIONAL ADMISSIONS)**

C. *I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am seeking to enter my appearance for* Individual Defendants

*Name of Attorney:* Brooke V. Ingoglia

*Firm Address:* Groom Law Group, Chartered, 1701 Pennsylvania Ave., NW, Washington, DC 20006

*Telephone Number:* (202) 861-0161

*Email Address:* Bingoglia@groom.com

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* 10/26/2026 — /s/ Brooke V. Ingoglia

*(Date)* — *(Movant's signature)*

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Brooke V. Ingoglia to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| William J. Delany | /s/ William J. Delany | 12/19/1994 | 74864 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Groom Law Group, Chartered

1701 Pennsylvania Ave., NW, Washington, DC 20006

wdelany@groom.com; (202) 861-6643

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* 10/26/2026 /s/ William J. Delany

*(Date)* *(Sponsor's signature)*

**ADDENDUM TO APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(B)**

| Court | Admission Date | Bar No. |
|---|---|---|
| U.S. District Court, Northern District of Georgia | 2/11/2021 | 808118 |
| U.S. District Court, Middle District of Georgia | 2/9/2021 | 808118 |
| U.S. District Court, Northern District of Illinois | 7/17/2025 | 6351089 |
| U.S. District Court, Southern District of Texas | 12/26/2024 | 24136909 |
| U.S. District Court, Northern District of Texas | 11/7/2023 | 24136909 |
| U.S. District Court, Eastern District of Texas | 2/1/2024 | 24136909 |
| Georgia | 1/8/2021 | 808118 |
| Texas | 10/4/2023 | 24136909 |
| Illinois | 5/6/2025 | 6351089 |

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CINDY PLUMLEY,<br><br>Plaintiff,<br><br>v.<br><br>NICOLE GARRETT, KAREN HALSTED, SUZANNAH HERRING, AND DOES 1-30;<br><br>Defendants, | :<br>:<br>:<br>:<br>:<br>: | Case Number: 2:26-cv-06651 |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of Brooke V. Ingoglia, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served on as follows:

/s/ William J. Delany
(Signature of Attorney)

William J. Delany
(Name of Attorney)

Brooke V. Ingoglia
(Name of Moving Party)

10/26/2026
(Date)

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2026, I caused the attached document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

*s/ William J. Delany*
William J. Delany, PA Bar No. 74864