IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

CINDY PLUMLEY,

Plaintiff,

v.

NICOLE GARRETT, KAREN HALSTED, SUZANNAH HERRING, AND DOES 1-30;

Defendants,

: Case Number: 2:26-cv-06651______________

ORDER

AND NOW, this _______ day of _____October________________ 2026, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED. The Clerk is DIRECTED to add Brooke V. Ingoglia____, Esquire as counsel for Individual Defendants. ________________ is DIRECTED to request ECF filing access using their PACER Account[1.]

☐ DENIED.

_________________________________, J.

1 Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).