IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

CINDY PLUMLEY,

Plaintiff,

v.

NICOLE GARRETT, KAREN HALSTED, SUZANNAH HERRING, AND DOES 1-30;

Defendants,

: : : : : :

Case Number: 2:26-cv-06651

ORDER

AND NOW, this 26th day of October 2026, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X] GRANTED. The Clerk is DIRECTED to add Brooke V. Ingoglia, Esquire as counsel for Individual Defendants. ________________ is DIRECTED to request ECF filing access using their PACER Account[1].

[ ] DENIED.

/s/ Gerald Austin McHugh

, J.

1 Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).